# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
RONNIE LEW KERN  
11408 STATE RT 62  
ORIENT, OH  431469105

Case No:   07-57983

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-9003

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   December 22, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| COLONIAL SAVINGS<br>2626 W FREEWAY BLDG B<br>FT WORTH, TX  76113 | 57.84 |